UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 23-0420 JGB (SPx)** | Date | January 2, 2024 |
| Title | *Dennis Cooper v. Patricia E. Geringer, et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    **Order to Show Cause Regarding Default Judgment (IN CHAMBERS)**

On March 10, 2023, plaintiff Dennis Cooper ("Plaintiff") filed the complaint against defendant Patricia E. Geringer ("Defendant"). (Dkt. No. 1.) On October 25, 2023, Plaintiff filed proof of service—an answer was due by May 8, 2023. (Dkt. No. 14.) On October 31, 2023, the clerk entered default as to Defendant. (Dkt. No. 16.) As of this writing, Plaintiffs have not filed a motion for default judgment as to Defendant.

Accordingly, the Court **ORDERS** Plaintiff to file a motion for default judgment as to Defendant no later than **January 12, 2024** or show cause why this matter should not be dismissed. Failure to timely comply with this order may result in dismissal of this action.

**IT IS SO ORDERED.**